In the Matter of EDWIN LOPEZ, Respondent, v ANDREA EVANS, Appellant.

Submitted November 3, 2014; decided November 18, 2014

Motion by The Fortune Society for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Decided November 18, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (see NY Const, art VI, § 3 [b]; CPLR 5601).

In the Matter of NOEL OLMOSPEREZ, Appellant, v ANDREA W. EVANS, as Chair of the Board of Parole, Respondent.

Submitted October 6, 2014; decided November 18, 2014

Motion to expand the record denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ASSAD CEDENO, Appellant.

Submitted October 27, 2014; decided November 18, 2014

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.